JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAURO FLORES MURILLO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | No. 2:24-cv-00623-VBF-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied as moot; Respondent's Motion to Dismiss is denied as moot and the action is dismissed without prejudice.

September 23, 2024          /s/ Valerie Baker Fairbank

DATED: _____    _____
HONORABLE VALERIE B. FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE